IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Charles E. Seastrunk Jr., as personal representative of the Estate of Joshua Scott Blankenship, <br><br>    Plaintiff, <br><br> vs. <br><br> United States of America, <br><br>    Defendant. | C/A No. 3:12-cv-03453-JFA <br><br><br><br><br><br><br> **ORDER** |

This matter comes before the court on a motion to stay filed by the defendant, the United States of America ("Defendant"). ECF No. 41. Specifically, Defendant seeks to stay the case until Congress has restored appropriations to the United States Department of Justice. Absent an appropriation, Defendant submits that Department of Justice attorneys and employees of the Defendant are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Accordingly, the court hereby grants Defendant's motion and stays this case. The court also directs Defendant to notify the court when Department of Justice attorneys and employees of the Defendant are no longer prohibited from working on this matter.

IT IS SO ORDERED.

October 3, 2013                                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                                      United States District Judge